JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MORELAND REDD, <br> Petitioner, <br> vs. <br> KEVIN CHAPPELL, Warden, <br> California State Prison at San Quentin, <br> Respondent. | Case No.: CV 13-7238 ABC <br><br> JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that pursuant to the Order Denying and Dismissing Petition for Writ of Habeas Corpus dated October 10, 2013, this matter is DISMISSED without prejudice as this Court has no jurisdiction over these claims at this time.

**IT IS SO ORDERED**.

Dated this 10 day of October 2013

*Audrey B. Collins*

_____

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE